IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TODD WESTMAN                                                                    PLAINTIFF
ADC # 610908

v.                         No. 4:24-cv-1043-DPM

JOHN FELTS, Chair, Arkansas
Post Prison Transfer Board;
BRENT MORGAN, Member,
Arkansas Post Prison Transfer
Board;   LONA MCCASTLAIN,
Director, Arkansas Post Prison
Transfer Board;   WILLIE ROBINSON,
Member, Arkansas Post Prison
Transfer Board;   ANDY SHOCK,
Member, Arkansas Post Prison
Transfer Board;   WENDY LYALS,
Member, Arkansas Post Prison
Transfer Board;   SARAH HUCKABEE
SANDERS, Governor, Arkansas;   and
DOUG SMITH, Member, Arkansas
Post Prison Transfer Board                                                  DEFENDANTS

## ORDER

**1.** Westman hasn't paid the filing and administrative fees ($405) or filed an application to proceed *in forma pauperis*. He must do one or the other by 3 February 2025. If he doesn't, his case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

**2.** The Court directs the Clerk to mail Westman an application to proceed *in forma pauperis* and a blank § 1983 form. If the Court grants him permission to proceed *in forma pauperis*, then the administrative fee will be waived, but Westman will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

**3.** Westman's motion for the appointment of counsel, *Doc. 3*, is denied without prejudice. The case is young and not yet screened. *Plummer v. Grimes*, 87 F.3d 1032, 1033 (8th Cir. 1996).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 January 2025