IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TODD WESTMAN
ADC # 610908                                                                PLAINTIFF

v.                          No. 4:24-cv-1043-DPM

JOHN FELTS, Chair, Arkansas
Post Prison Transfer Board;
BRENT MORGAN, Member,
Arkansas Post Prison Transfer
Board;  LONA MCCASTLAIN,
Director, Arkansas Post Prison
Transfer Board;  WILLIE ROBINSON,
Member, Arkansas Post Prison
Transfer Board;  ANDY SHOCK,
Member, Arkansas Post Prison
Transfer Board;  WENDY LYALS,
Member, Arkansas Post Prison
Transfer Board;  SARAH HUCKABEE
SANDERS, Governor, Arkansas;  and
DOUG SMITH, Member, Arkansas
Post Prison Transfer Board                                               DEFENDANTS

ORDER

Westman hasn't paid the filing fee or moved to proceed *in forma pauperis* and the time to do so has passed. *Doc. 5.* His complaint will therefore be dismissed without prejudice. Local Rule 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 February 2025